UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RUBEN ANOTONIO REYNA,

        Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:07-cr-158

## ORDER MODIFYING CONDITIONS OF BOND

This matter is before the Court on Defendant Reyna's Motion to Reconsider

Detention Decision Regarding Tether (Dkt. #82).  The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant Reyna's Motion to Reconsider

Detention Decision Regarding Tether (Dkt. 82) is **GRANTED**.  The conditions of Mr. Reyna's bond

are modified as such to remove the electronic monitoring requirement of home confinement.  All

other conditions previously imposed remain in effect.


Date:  September 17, 2007

       /s/ Paul L. Maloney
       PAUL L. MALONEY
       United States District Judge